# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street.                                                    Telephone: (347) 687-2019
Suite 301-A                                                                         cmulhollandesq@gmail.com
Astoria, NY 11103

June 13th, 2021

Honorable Ronnie Abrams
United States District Judge
500 Pearl Street
New York, NY 10007

                     Re: Cazarez v. T&T 130 Pizza Corp., 20-cv-5545 (RA)

Your Honor,

       Plaintiff writes to respectfully request that he be permitted to file his default judgment motion against the Defendants on or before this Friday June 18th, 2021. The current due date is June 15th, 2021.

       Apparently, the Defendants are not going to avail themselves of the generous extensions of time and courtesies extended to them in order to appear. And, thus, Plaintiff intends now to move forward with the default motion against them.

       The undersigned has a bench trial in the EDNY before Judge Cogan that is going forward on June 15th, 2021 and June 16th, 202. The undersigned would greatly appreciate a bit more time to prepare and review the contents of the default judgment motion before filing.

Application granted.                                                */s/Colin Mulholland, Esq.*
                                                                              Colin Mulholland, Esq.
SO ORDERED.                                                   30-97 Steinway, Ste. 301-A
                                                                              Astoria, New York 11103
                                                                              Telephone: (347) 687-2019
                                                                              *Attorney for Plaintiff*

Hon. Ronnie Abrams
06/14/2021