UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/10/2021
```

MARCOS CAZAREZ,

                Plaintiff,

v.

T&T 130 PIZZA CORP. (d/b/a BELLA NAPOLI) and TONY RUSSO,

                Defendants.

20-CV-5545 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons stated at the order to show cause hearing held today, Plaintiff's motion for default judgment against T&T 130 Pizza Corp., d/b/a Bella Napoli, and Tony Russo, is granted as to all counts except for unlawful retention of gratuity under the Fair Labor Standards Act. By separate order, the Court will refer this matter to Magistrate Judge Moses for an inquest into damages and attorneys' fees. The Clerk of Court is respectfully directed to terminate the motion at Docket 21. Plaintiff is directed to serve a copy of this order on Defendants and file proof of service on the docket by no later than December 22, 2021.

SO ORDERED.

Dated:   December 10, 2021
            New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge