## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

MARCOS CAZAREZ,

                      Plaintiff,                        20 **CIVIL** 5545 (RA)

       -against-                            **<u>JUDGMENT</u>**

T&T 130 PIZZA CORP. (d/b/a BELLA NAPOLI)
and TONY RUSSO,,

                      Defendants.

-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2025, the Court accordingly adopts Judge Moses's Report in its entirety. Consistent with the Report, Plaintiff shall be awarded against Defendants, jointly and severally: $122,271.48 in damages; $4,725 in attorneys' fees; $400 in costs; and prejudgment interest at a rate of $15.07 per day from October 20, 2017 to the date of entry of judgment, amounting to $40,975.33 ($15.07 x 2,719 days). In total, Plaintiff shall be awarded $168,371.81. Finally, the parties' failure to timely object to the Report "operates as a waiver" and precludes appellate review of this decision. Kashelkar v. Vill. of Spring Valley, 320 F. App'x 53, 54 (2d Cir. 2009) (summary order) (citing DeLeon v. Strack, 234 F.3d 84, 86 (2d Cir. 2000)); see also ECF No. 32, at 26 ("Failure to file timely objections will result in a waiver of such objections and will preclude appellate review.").

**Dated:** New York, New York
           March 31, 2025

                                                                         **TAMMI M. HELLWIG**

                                                                          **Clerk of Court**

                          **BY:**

                                                                          **Deputy Clerk**